AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## MARYLAND

National Labor College, Incorporated )
Plaintiff )
v. ) Civil Action No. **DKC 09 CV 1 9 5 4**
The Hillier Group Architecture New Jersey, Inc. et al. )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

RMJM Hillier, Inc., 500 Alexander Road, CN23
Princeton NJ 08543
Serve:  CSC - Lawyers Incorporating Service Co.
7 St. Paul Street, Baltimore, MD 21202

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Herman M. Braude, Braude & Margulies, P.C.
1200 Potomac Street, N.W., Washington, DC 20007
(202) 471-5400 - phone  (202) 471-5404 - fax

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __07/27/09__



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **National Labor College, Incorporated, f/k/a Georgia Meany Center for Labor Studies-National Labor College** | ) ) ) |
| **Plaintiff** | ) ) **Case No.: DKC09CV1954** ) |
| **v.** | ) ) |
| **The Hillier Group Architecture, New Jersey, Inc., t/a "RMJM Hillier", et al.** | ) ) ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons, Civil Cover Sheet, Complaint with Exhibits and Certificate of Merit

SERVE TO:  RMJM Hillier, Inc. c/o CSC-Lawyers Incorporated
SERVICE ADDRESS:  7 St. Paul Street, Baltimore, Maryland 21202

DATE SERVED: August 03, 2009  TIME SERVED: 2:35 PM

PERSON SERVED:  Elinam Renner, Customer Service Associate, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 33    Height: 6'3"    Weight: 210

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on:  8/5/09

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050